ROBERT S. BREWER, JR.
United States Attorney
STEVE B. CHU
Assistant U.S. Attorney
Cal. State Bar No. 221177
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7167
Facsimile: (619) 546-7754
Email: steve.chu@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DITRICT OF CALIFORNIA

| | |
|---|---|
| F.R.V., a Minor, By and Through His Guardian ad litem, CRISTAL CAZARES VALENZUELA; and SONIA VALENZUELA PEREZ, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>TRI-CITY HEALTHCARE DISTRICT; TRI-CITY MEDICAL CENTER; VISTA COMMUNITY CLINIC, MELISSA HAWKINS, M.D.; ROMANA BAILEY, M.D.; and DOES 1 through 100, Inclusive,<br><br>Defendants | Case No.  '21CV0165 DMS BLM<br><br>NOTICE OF REMOVAL |

**TO:   THE CLERK OF THE ABOVE-ENTITLED COURT**

**PLEASE TAKE NOTICE** that the United States of America, through its attorneys, Robert S. Brewer, Jr., United States Attorney, and Steve B. Chu, Assistant U.S. Attorney, respectfully removes to this Court the above-captioned civil action from the Superior Court of California, County of San Diego, Case No. 37-2020-00002536-CU-MM-NC. The grounds for this removal include the following:

1

1. On or about January 21, 2020, Plaintiff FRV initiated this action as Case No. 37-2020-00002536-CU-MM-NC in the Superior Court of California, County of San Diego. Plaintiff named as defendants Melissa Hawkins, M.D., Romana Bailey, M.D. and Vista Community Clinic, in addition to Tri-City Healthcare District and Tri-City Medical Center. *See* Exhibit A, attached hereto. Plaintiff FRV alleges that he suffered injuries as a result of medical care that fell below the applicable standard of care.

2. Removal of this case is appropriate pursuant to 28 U.S.C. §§ 1441, 1442 and 1446, as Dr. Melissa Hawkins and Vista Community Clinic ("VCC") are named as defendants in this action. VCC and Dr. Hawkins have been deemed to be federal employees for purposes of the Public Health Service Act, 42 U.S.C. § 233. Section 233 of the PHS provides liability protection under the FTCA for personal injury claims arising out of alleged medical malpractice. 28 U.S.C. § 2679(d)(2) and 42 U.S.C. § 233(c) provide for removal of a case upon certification by the Attorney General that the defendant employee was acting within the scope of their office or employment at the time of the incident out of which the claim arose. Accordingly, this suit is properly subject to removal, without bond, under 28 U.S.C. § 1442(a)(1) because the action to be removed is against the United States pending in a state court located within this judicial district. Pursuant to 28 U.S.C. § 1441(a), the above-captioned action also may be removed because the district courts of the United States have original jurisdiction over cases which arise under the Constitution, treaties or laws of the United States. 28 U.S.C. § 1331.

3. The underlying action is a medical malpractice tort action for personal injury, which is subject to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b); 2671-2680. The FTCA allows the United States, and only the United States, to be sued for the common law torts of its employees acting within the scope of their official duties. This remedy is exclusive and explicitly bars common law tort suits against individual federal employees and agencies. 28 U.S.C. §§ 2679(a) -

(b)(1). Further, the Ninth Circuit has recognized that the United States is the sole proper defendant in a suit brought under the Federal Tort Claims Act. *Allen v. Veterans Administration*, 749 F.2d 1386, 1388 (9th Cir. 1984). Accordingly, although Plaintiff has attempted to name Dr. Hawkins and VCC as defendants, this suit should be deemed an action brought against the United States under the provisions of the FTCA, and the United States shall be substituted as the party defendant. A Notice of Substitution to this effect is being filed concurrently with this Notice of Removal.

4. As of this time, neither the summons nor complaint in the above-captioned civil action has been served on the United States Attorney for the Southern District of California or the Attorney General of the United States.

5. A copy of Plaintiff's Complaint filed in the Superior Court of California, County of San Diego, Central Division, Case No. 37-2020-00002536-CU-MM-NC is attached pursuant to 28 U.S.C. § 1446(a), as amended. *See* **Exhibit A.**

**WHEREFORE**, this action is properly deemed an action under the Federally Supported Health Centers Assistance Act of 1992 and the Federal Tort Claims Act. The action now pending in the Superior Court Case No. 37-2020-00002536-CU-MM-NC, County of San Diego, Central Division, is hereby removed therefrom to this Court.

DATED: January 28, 2021

ROBERT S. BREWER, JR.
United States Attorney

/s Steve B. Chu

STEVE B. CHU
Assistant U.S. Attorney

Attorneys for the
United States of America