ROBERT S. BREWER, JR.
United States Attorney
STEVE B. CHU
Assistant U.S. Attorney
Cal. State Bar No. 221177
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7167
Facsimile: (619) 546-7754
Email: steve.chu@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT OURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RAUDA VALENZUELA, a Minor, By and Through His Guardian ad litem, CRISTAL CAZARES VALENZUELA; and SONIA VALENZUELA PEREZ, Individually,<br><br>Plaintiff,<br><br>v.<br><br>TRI-CITY HEALTHCARE DISTRICT; TRI-CITY MEDICAL CENTER; VISTA COMMUNITY CLINIC, MELISSA HAWKINS, M.D.; ROMANA BAILEY, M.D.; and DOES 1 through 100, Inclusive,<br><br>Defendants | Case No. 21-CV-00165-DMS-BLM<br><br>NOTICE OF SUBSTITUTION |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

**PLEASE TAKE NOTICE** that the Federal Defendants, through their attorneys, Robert S. Brewer, Jr., United States Attorney, and Steve B. Chu, Assistant U.S. Attorney, here by moves by operation of law, to wit, 42 U.S.C. § 233(c) and 28 U.S.C. § 2679(d), to substitute the United States of America into this case as the sole defendant in place of Dr. Melissa Hawkins and Vista Community Clinic ("VCC").

1. Melissa Hawkins, M.D. has been named as an individual defendant in this lawsuit. Dr. Hawkins has been deemed to have been federal employees who was acting within the course and scope of her duties at all times relevant to Plaintiff's Complaint. VCC has likewise been deemed to have been a federal entity acting within the course and scope of its duties at all times relevant to Plaintiff's Complaint. As part of this notice, the Court is respectfully referred to the Certification of Scope of Employment filed concurrently with this notice.

2. This is a medical malpractice action. The Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671, et seq., as amended by Public Law No. 100-694 (28 U.S.C. § 2679), provides that a suit against the United States under the FTCA shall be the exclusive remedy for persons with common law tort claims allegedly resulting from the actions of federal employees taken with the scope of their employment.

The FTCA, as amended, further provides that:

> Upon certification by the Attorney General that the defendant employee was acting within the scope of his office or employment at the time of the incident out of which the claim arose, any civil action or proceedings commenced upon such claim in a United States district court shall be deemed an action against the United States under the provisions of this title and all references thereto, and the United States shall be substituted as the party defendant.

28 U.S.C. § 2679(d).

3. Accordingly, Dr. Hawkins and VCC are improper defendants, and the United States should be substituted as the party defendant.

DATED: January 28, 2021        Respectfully submitted,

ROBERT S. BREWER, JR.
United States Attorney


  /s Steve B. Chu
STEVE B. CHU
Assistant United States Attorney
Attorneys for all Federal Defendants