ROBERT S. BREWER, JR.
United States Attorney
STEVE B. CHU
Assistant U.S. Attorney
Cal. State Bar No. 221177
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7167
Facsimile: (619) 546-7754
Email: steve.chu@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRV, a Minor, By and Through His Guardian ad litem, CRISTAL CAZARES VALENZUELA; and SONIA VALENZUELA PEREZ, Individually,<br><br>                    Plaintiffs,<br><br>        v.<br><br>TRI-CITY HEALTHCARE DISTRICT; TRI-CITY MEDICAL CENTER; VISTA COMMUNITY CLINIC, MELISSA HAWKINS, M.D.; ROMANA BAILEY, M.D.; and DOES 1 through 100, Inclusive,<br><br>                    Defendants | Case No. 21-CV-00165-DMS-BLM<br><br>**EX PARTE APPLICATION TO SET RESPONSE TIME** |

Pursuant to Fed. R. Civ. P. 6(b)(1), it is requested that the Court issue an order specifying the time for the Federal Defendants to respond to Plaintiffs' operative Complaint ("hereafter "Complaint") filed in this action by Plaintiffs FRV, Cristal Cazares Valenzuela, and Sonia Valenzuela Perez (hereafter "Plaintiffs") which was removed from state court on January 28, 2021.  This action arises under the Federal Tort Claims Act, Title 28 U.S.C. §§ 1346(b), 2671-2680, et. seq.  Ordinarily, in an action originally filed in United States District Court against a federal agency, officer or employee, the time for response to a complaint is set forth in Fed R. Civ. P. 12(a).

That rule affords "60 days after service upon the United States Attorney . . ." within which to respond to the Plaintiff's pleading as opposed to the 21 days generally afforded to non-federal defendants under the Rule.

After removal of a state court action to a district court, a defendant ordinarily need respond:

> 21 days after receiving - through service or otherwise - a copy of the initial pleading stating the claim for relief . . . or within 21 days after being served with the summons for an initial pleading on file at the time of service . . . or 7 days after the notice of removal is filed.

Fed. R. Civ. P. 81(c).

Rule 81(c) does not distinguish between cases brought against federal entities and those brought against non-federal defendants.  Accordingly, in order to clarify a time to respond to the Plaintiffs' Complaint, and to ensure that the federal defendants will be able to utilize the 60 days provided by Rule 12 to prepare their response, it is requested that the Court issue an order establishing that the federal defendants shall have 60 days from the date of removal to respond or otherwise plead to Plaintiff's Complaint.

Good cause exists for this order because this appears to be a relatively complex medical malpractice action, and the United States Attorney only began receiving substantive information regarding this action in the last few weeks.  The United States Attorney is currently investigating the matter, including working with the relevant federal agency, and it is believed that certain defenses unique to the FTCA may be available.  The 60 days will be necessary to ensure that the federal defendants are able to evaluate this matter and prepare a proper defense.

DATED: January 28, 2021   ROBERT S. BREWER, JR.
United States Attorney
 _/s Steve B. Chu
STEVE B. CHU
Assistant U.S. Attorney
Attorneys for all Federal Defendants