UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRV, a Minor, By and Through His Guardian ad litem, CRISTAL CAZARES VALENZUELA; and SONIA VALENZUELA PEREZ, Individually,<br><br>   Plaintiffs,<br><br>   v.<br><br>TRI-CITY HEALTHCARE DISTRICT; TRI-CITY MEDICAL CENTER; VISTA COMMUNITY CLINIC, MELISSA HAWKINS, M.D.; ROMANA BAILEY, M.D.; and DOES 1 through 100, Inclusive,<br><br>   Defendants | Case No. 21-CV-00165-DMS-BLM<br><br>**ORDER SUBSTITUTING THE UNITED STATES OF AMERICA AS A DEFENDANT IN PLACE OF DEFENDANTS VISTA COMMUNITY CLINIC AND MELISSA HAWKINS, M.D.** |

**IT IS HEREBY ORDERED AS FOLLOWS:** The United States of America is substituted into this action as a defendant in place of Defendants Vista Community Clinic, and Melissa Hawkins, M.D.  Defendants Vista Community Clinic, and Melissa Hawkins, M.D are hereby dismissed from this action without prejudice.

DATED: February 1, 2021

_____
 Hon. Dana M. Sabraw
 United States Chief District Judge