UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRV, a Minor, By and Through His Guardian ad litem, CRISTAL CAZARES VALENZUELA; and SONIA VALENZUELA PEREZ, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>TRI-CITY HEALTHCARE DISTRICT; TRI-CITY MEDICAL CENTER; VISTA COMMUNITY CLINIC, MELISSA HAWKINS, M.D.; ROMANA BAILEY, M.D.; and DOES 1 through 100, Inclusive,<br><br>Defendants | Case No. 21-CV-00165-DMS-BLM<br><br>**ORDER SETTING FORTH TIME FOR FEDERAL DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT** |

**IT IS HEREBY ORDERED** that the Federal Defendants shall have 60 days from the January 28, 2021 removal date of this action to respond or otherwise plead to Plaintiff's operative Complaint.

DATED:  February 1, 2021

_____
Hon. Dana M. Sabraw
United States Chief District Judge

1