Kenneth M. Sigelman, Esq. (SBN: 100238)
E-Mail: ken@sigelmanassociates.com
Andrew R. Chivinski, Esq. (SBN: 236861)
E-Mail: andrew@sigelmanassociates.com
Mark A. Birmingham, Esq. (SBN: 132008)
E-Mail: mark@sigelmanassociates.com
KENNETH M. SIGELMAN & ASSOCIATES
1901 1st Ave., 2nd floor
San Diego, California 92101
Telephone: (619) 238-3813
Facsimile: (619) 238-1866

Hamilton Arendsen, Esq. (SBN: 212844)
E-Mail: harendsen@arendsenlaw.com
ARENDSEN CANE MOLNAR LLP
550 West C Street, Suite 1150
San Diego, CA 92101
Telephone: (619) 535-3910
Facsimile:  (619) 535-3920

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRV, a Minor, By and Through His Guardian ad litem, CRISTAL CAZARES VALENZUELA; and SONIA VALENZUELA PEREZ, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>TRI-CITY HEALTHCARE DISTRICT; TRI-CITY MEDICAL CENTER; VISTA COMMUNITY CLINIC, MELISSA HAWKINS, M.D.; ROMANA BAILEY, M.D.; and DOES 1 through 100, Inclusive,<br><br>Defendants. | **Case No. 21-CV-00165-DMS-BLM**<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i), FEDERAL RULES OF CIVIL PROCEDURE** |

Please take Notice that, pursuant to Rule 41(a)(1)(A)(i), Plaintiffs hereby dismiss the above-entitled action, as against defendant United States of America, without prejudice.

| | | |
|---|---|---|
| Dated: February 1, 2021 | | Respectfully Submitted, |
| | | KENNETH M. SIGELMAN & ASSOCIATES |
| | By: | s/Kenneth M. Sigelman <br> KENNETH M. SIGELMAN, ESQ. <br> Attorney for Plaintiffs <br> E-mail: ken@sigelmanassociates.com |