Kenneth M. Sigelman, Esq. (SBN: 100238)
E-Mail: ken@sigelmanassociates.com
Andrew R. Chivinski, Esq. (SBN: 236861)
E-Mail: andrew@sigelmanassociates.com
Mark A. Birmingham, Esq. (SBN: 132008)
E-Mail: mark@sigelmanassociates.com
KENNETH M. SIGELMAN & ASSOCIATES
1901 1st Ave., 2nd floor
San Diego, California 92101
Telephone: (619) 238-3813
Facsimile: (619) 238-1866

Hamilton Arendsen, Esq. (SBN: 212844)
E-Mail: harendsen@arendsenlaw.com
ARENDSEN CANE MOLNAR LLP
550 West C Street, Suite 1150
San Diego, CA 92101
Telephone: (619) 535-3910
Facsimile: (619) 535-3920

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRV, a Minor, By and Through His Guardian ad litem, CRISTAL CAZARES VALENZUELA; and SONIA VALENZUELA PEREZ, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1 through 20, Inclusive,<br><br>Defendants. | **Case No. 21-CV-00329-JLS-KSC**<br><br>**JOINT RULE 42(a)(2) MOTION TO CONSOLIDATE CASES FOR DISCOVERY AND TRIAL**<br><br>**Hon. Janis L. Sammartino** |

| | |
|---|---|
| FRV, a Minor, By and Through His Guardian ad litem, CRISTAL CAZARES VALENZUELA; and SONIA VALENZUELA PEREZ, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>TRI-CITY HEALTHCARE DISTRICT; TRI-CITY MEDICAL CENTER; VISTA COMMUNITY CLINIC, MELISSA HAWKINS, M.D.; ROMANA BAILEY, M.D.; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 21-CV-00165-DMS-BLM<br><br>Hon. Dana M. Sabraw |

**Joint Rule 42 (a)(2) Motion to Consolidate Cases for Discovery and Trial**

Pursuant to Rule 42(a)(2), and Local Civil Rule 7.2, Plaintiffs and Defendants in FRV, a Minor, etc., et al. v. Tri-City Healthcare District, et al., Case No. 21-CV-00165-DMS-BLM, and FRV, a Minor, etc., et al. v. United States of America, Case No. 21-CV-00329-JLS-KSC, jointly move to consolidate these two actions for discovery and trial, before the Hon. Dana M. Sabraw, Chief District Judge, and the Hon. Barbara Lynn Major, Magistrate Judge, based on the Court's assignment of the lower number case.

As set forth more fully in the Notice of Related Cases (ECF No. 2) filed by Plaintiffs on February 23, 2021, the cases involve the same parties plaintiff, and arise out of substantially the same facts (Ms. Valenzuela Perez' pregnancy and labor with, and the birth of, FRV), and questions of law (California law of medical negligence and damages related thereto). Substantial overlap exists with regard to the discovery that will be required in the two cases because of the commonality of pertinent facts, witnesses, and subject matter, such that it would be inefficient and burdensome for

2

discovery to be conducted separately. For the same reasons, it would also be far more efficient judicially to administer and try these cases together rather than separately.

Since the higher number case satisfies the "Low Number Rule" criteria set forth in Local Civil rule 40.1(e), as set forth more fully in the Notice of Related Cases referenced above (ECF No. 2), the parties respectfully request that the higher number case be assigned to the same judges assigned to the lower numbered case, Chief District Judge Dana M. Sabraw and Magistrate Judge Barbara Lynn Major, and that the two cases be consolidated for discovery and trial.

Dated: May 28, 2021                KENNETH M. SIGELMAN & ASSOCIATES

By:   *s/Kenneth M. Sigelman*
      KENNETH M. SIGELMAN, ESQ.
      Attorney for Plaintiff
      E-mail: ken@sigelmanassociates.com

Dated: June 1, 2021                RANDY S. GROSSMAN
                                   Acting United States Attorney

By:   *s/ Steve B. Chu*
      STEVE B. CHU
      Assistant U.S. Attorney
      (AUTHORIZATION VIA E-MAIL 6/1/21)
      Attorney for Defendant UNITED STATES OF AMERICA
      E-mail: steve.chu@usdoj.gov

Dated: June 1, 2021                DUMMIT, BUCHHOLZ & TRAPP

By:   *s/ Moira Brennan*
      MOIRA S. BRENNAN, ESQ.
      Attorney for Defendant TRI-CITY HEALTHCARE dba TRI-CITY MEDICAL CENTER
      (AUTHORIZATION VIA E-MAIL 6/1/21)
      E-mail: moira.brennan@dbt.law

///

///

Dated: June 1, 2021             SCHMID & VOILES

                                By:   *s/ Robert B. Fessinger*
                                      ROBERT B. FESSINGER, ESQ.
                                      Attorney for Defendant ROMANA
                                      BAILEY
                                      (AUTHORIZATION VIA E-MAIL 6/1/21)
                                      E-mail: Rfessinger@schmidvoiles.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRV, a Minor, By and Through His Guardian ad litem, CRISTAL CAZARES VALENZUELA; and SONIA VALENZUELA PEREZ, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No. 21-CV-00329-JLS-KSC<br><br>**CERTIFICATE OF SERVICE**<br><br><br>Hon. Janis L. Sammartino |
| FRV, a Minor, By and Through His Guardian ad litem, CRISTAL CAZARES VALENZUELA; and SONIA VALENZUELA PEREZ, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>TRI-CITY HEALTHCARE DISTRICT; TRI-CITY MEDICAL CENTER; VISTA COMMUNITY CLINIC, MELISSA HAWKINS, M.D.; ROMANA BAILEY, M.D.; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 21-CV-00165-DMS-BLM<br><br>Hon. Dana M. Sabraw |

I, Suelyn Gallardo, declare:

I hereby certify that, on June 1, 2021, I electronically filed **JOINT RULE 42(a)(2) MOTION TO CONSOLIDATE CASES FOR DISCOVERY AND TRIAL** with the Clerk of Court using the CM/ECF system, which will send notice of this filing to the following participants:

1

| | |
|---|---|
| Hamilton Arendsen, Esq.<br>ARENDSEN CANE MOLNAR LLP<br>550 West C Street, Suite 1150<br>San Diego, CA 92101<br><br>Tel:  (619) 535-3910<br>Fax: (619) 535-3920<br>E-mail: harendsen@arendsenlaw.com | Co-Counsel for Plaintiffs<br>FERNANDO RAUDA<br>VALENZUELA, a Minor, By and<br>Through His Guardian Ad Litem,<br>CRISTAL CAZARES<br>VALENZUELA; and SONIA<br>VALENZUELA PEREZ, Individually |
| RANDY S. GROSSMAN<br>United States Attorney<br>STEVE B. CHU<br>Assistant U.S. Attorney<br>Office of the U.S. Attorney<br>880 Front Street, Room 6293<br>San Diego, CA 92101-8893<br><br>Tel:  (619) 546-7167<br>Fax: (619) 546-7754<br>E-mail: steve.chu@usdoj.gov | Attorneys for Defendant<br>UNITED STATES OF AMERICA |
| Moira S. Brennan, Esq.<br>DUMMIT, BUCHHOLZ & TRAPP<br>101 W. Broadway, Suite 1400<br>San Diego, CA 92101-8122<br><br>Tel:  (619) 231-7738<br>Fax: (619) 231-0886<br>Email: moira.brennan@dbt.law | Counsel for Defendant TRI-CITY<br>HEALTHCARE dba TRI-CITY<br>MEDICAL CENTER |
| Robert B. Fessinger, Esq.<br>SCHMID & VOILES<br>4250 Executive Square, Suite 430<br>La Jolla, CA 92037<br><br>Tel:  (858) 200-8440<br>Fax: (858) 200-8441<br>Email: rfessinger@schmidvoiles.com | Counsel for Defendant ROMANA BAILEY,<br>M.D. |

I also served the parties above by e-mail on June 1, 2021. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct on June 1, 2021, at San Diego, California.

*Suelyn Gallardo*
Suelyn Gallardo

2