1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRV, a Minor, By and Through His Guardian ad litem, CRISTAL CAZARES VALENZUELA; and SONIA VALENZUELA PEREZ, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1 through 20, Inclusive,<br><br>Defendant.<br>_____ | **Case No.** 21-CV-00329-DMS-BLM<br><br>**ORDER REGARDING JOINT RULE 42(a)(2) MOTION TO CONSOLIDATE CASES FOR DISCOVERY AND TRIAL** |

| | |
|---|---|
| FRV, a Minor, By and Through His Guardian ad litem, CRISTAL CAZARES VALENZUELA; and SONIA VALENZUELA PEREZ, Individually,<br><br>               Plaintiffs,<br><br>v.<br><br>TRI-CITY HEALTHCARE DISTRICT; TRI-CITY MEDICAL CENTER; VISTA COMMUNITY CLINIC, MELISSA HAWKINS, M.D.; ROMANA BAILEY, M.D.; and DOES 1 through 100, Inclusive,<br><br>               Defendants. | **Case No.** 21-CV-00165-DMS-BLM |

Upon consideration of the Joint Rule 42(a)(2) Motion to Consolidate Cases for Discovery and Trial and the court being fully informed of the issues, it is hereby ordered that the higher number case, *FRV, a Minor, etc., et al. v. United States of America*, Case No. 21-CV-00329-DMS-BLM is consolidated with the lower number case, *FRV, a Minor, etc., et al. v. Tri-City Healthcare District, et al.*, Case No. 21-CV-00165-DMS-BLM, for discovery and trial, before Hon. Dana M. Sabraw, Chief District Judge, and the Hon. Barbara Lynn Major, Magistrate Judge.

Dated: June 15, 2021

                                                      *[signature]*
                                           Hon. Dana M. Sabraw
                                           United States Chief District Judge