```
 1  ROBERT B. FESSINGER, ESQ. (SBN 156628)
    rfessinger@schmidvoiles.com
 2  CATHERINE M. SCHROEDER, ESQ. (SBN 288302)
 3  cschroeder@schmidvoiles.com
    SCHMID & VOILES
 4  4250 Executive Square, Suite 430
 5  La Jolla, CA 92037
    Tel: (858) 200-8440 / Fax: (858) 200-8441
 6
 7
    Attorneys for Defendant,
 8  ROMANA BAILEY, M.D.
 9
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRV, a Minor, By and Through His Guardian ad litem, CRISTAL CAZARES VALENZELA and SONIA VALENZUELA PEREZ, Individually, <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA; and DOES 1 through 20, Inclusive, <br><br>Defendants | CASE NO. 21-CV-00165 DMS (BLM) CONSOLIDATED CASE NO. 231-CV-00329 <br>*Complaint Filed: January 21, 2020* <br><br>DEFENDANT, ROMANA BAILEY, M.D.'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT <br><br>Date: August 19, 2022 <br>Time: 1:30 p.m. <br>Dept: 13A <br><br>Judge: Honorable Dana M. Sawbraw <br>Magistrate: Honorable Barbara L. Major <br><br>(Removed from Superior Court of California, County of San Diego, Case No. 37-2020-00002536-CU-MM-NC) |
| FRV, a Minor, By and Through His Guardian ad litem, CRISTAL CAZARES VALENZELA and SONIA VALENZUELA PEREZ, Individually, <br><br>Plaintiffs, <br><br>v. | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | TRI-CITY HEALTHCARE DISTRICT; TRI-CITY MEDICAL CENTER; VISTA COMMUNITY CLINIC; MELISSA HAWKINS, M.D., ROMANA BAILEY, M.D. and DOES 1 through 100, Inclusive,<br><br>                    Defendants. |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**Pursuant to Federal Rule of Civil Procedure , 56(c)(1),** Defendant, ROMANA BAILEY, M.D., submits the following Statement of Uncontroverted Facts in support of her Motion for Summary Judgment.

| **Uncontroverted Material Facts:** | **Supporting Evidence:** |
|---|---|
| 1.  The instant case involves a claim against two healthcare entities and two physicians for medical malpractice regarding the care of Sonia Valenzuela and the birth of F.R.V. | 1.  See Plaintiffs' Complaint, Dkt. No 8. |
| 2.  In 2018, Sonia Valenzuela received prenatal care for her fourth pregnancy at Vista Community Clinic and was treated for gestational diabetes during the pregnancy. | 2.  Exhibit 4, Vista Community Clinic records;<br>     Exhibit 2, Declaration of Philippe Friedlich, M.D., Page 4, Paragraph 10(a), line 7. |
| 3.  Spontaneous rupture of membranes occurred that date at 7:30 a.m. There was noted to be some thin meconium at 7:00 p.m. Baby F.R.V was delivered by vacuum-assistance at 9:35 p.m. The baby was floppy at delivery. | 3.  Exhibit 5, Tri-City Medical Center records;<br>     Exhibit 2, Declaration of Philippe Friedlich, M.D., Page 4, Paragraph 10(a), line 8 to Paragraph 10(b), line 11. |
| 4.     On October 21, 2018, Romana Bailey, M.D. was the neonatologist on call at Tri-City Medical Center. She was not at the delivery of Baby F.R.V. She | 4.   Exhibit 3, Declaration of Romana Bailey, M.D., Page 2, Paragraph 5, line 24 to Paragraph 7, line 26. |

| | **Uncontroverted Material Facts:** | **Supporting Evidence:** |
|---|---|---|
| | was not asked to be present at the delivery of Baby F.R.V. | |
| | 5. Following the birth of F.R.V., Dr. Bailey was requested to come to assist with the resuscitation efforts which she did within 1.5 minutes of the child's birth. | 5. Exhibit 3, Declaration of Romana Bailey, M.D., Page 2, Paragraph 8, line 27 to Page 3, Paragraph 9, line 1; Exhibit 2, Declaration of Philippe Friedlich, M.D., Page 4, Paragraph 10(b), lines 11-12; Exhibit 7, Tri-City Medical Center records; |
| | 6. Upon arrival of Dr. Bailey, the baby was receiving PPV by the nurse who attended the delivery. There was minimal chest movement and the baby was limp with no spontaneous respirations. The heart rate was < 100 and the baby was cyanotic. | 6. Exhibit 2, Declaration of Philippe Friedlich, M.D., Page 4, Paragraph 10(c), lines 13-15; Exhibit 7, Tri-City Medical Center records; |
| | 7. Dr. Bailey took the CPAP from the nurse and also used a DeLee suction to clear the baby's mouth better. She elevated the FiO2 to 100% and there was increased PIP from 18 to > 60. The baby had improved chest movement, pinked up, and started crying before 5 minutes of age. They noted grunting and retractions. The FiO2 was weaned to 60% just before 5 minutes of age and then 40% with oxygen saturations at 90%–92% at 5 minutes of age. The baby was placed on the RAM cannula and CPAP at 30%–40%. He was placed in an Isolette and transferred to the NICU after briefly being seen by the mother and father in the delivery room. | 7. Exhibit 2, Declaration of Philippe Friedlich, M.D., Page 4, Paragraph 10(d), lines 16-22; Exhibit 7, Tri-City Medical Center records; |

| Uncontroverted Material Facts: | Supporting Evidence: |
|---|---|
| 8. The baby was dried, stimulated, and suctioned per NRP guidelines. Dr. Bailey noted the Apgars were 2 and 8, the birth weight was 4.854, and birth head circumference was 37 cm. The birth chest measurement was 38.5 cm. | 8. Exhibit 2, Declaration of Philippe Friedlich, M.D., Page 4, Paragraph 10(e), lines 23-25;<br>Exhibit 7, Tri-City Medical Center records; |
| 9. Once in the NICU, Dr. Bailey performed a full physical examination and the child was found to be alert and active on BCPAP with intermittent grunting and retractions and much improved. There was perfusion. The tachycardia after delivery was now down to 157 and there was a large caput. The anterior fontanelles were soft, flat, and open. Eye exam was deferred as the baby was not able to open her eyes due to blepharospasm. There was no cleft palate and the ears were found to be within normal limits. The neck was supple with no lymphedema and there was no chest asymmetry. Examination of the lungs were clear to auscultation bilaterally with no retractions and no grunting. The baby had regular rate and rhythm, no heart murmur noted, and good pulses on all four extremities. The baby was warm centrally and had cool hands and feet. Abdominal examination showed it to be soft, nontender, nondistended with good bowel sounds. The anus was patent and the child had normal male testes which had descended bilaterally. | 9. Exhibit 2, Declaration of Philippe Friedlich, M.D., Page 4, Paragraph 10(f), line 26 to Page 5, line 8;<br>Exhibit 7, Tri-City Medical Center records; |

| Uncontroverted Material Facts: | Supporting Evidence: |
|---|---|
| 10. Extremity examination noted a right shoulder dystocia, and the baby's right arm had pronation and extension, but no spontaneous movement. Dr. Bailey could not feel the clavicular crepitus. The other extremities had good motion and there was no hip click. The skin was pink with no rashes, vesicles, or other lesions noted. | 10. Exhibit 2, Declaration of Philippe Friedlich, M.D., Page 5, Paragraph 10(g), lines 9-12;   Exhibit 7, Tri-City Medical Center records; |
| 11. The respiratory examination showed a bubble Continuous Positive Airway Pressure (BCPAP) hood, O2 of 40%, FiO2 and Cord arterial gas of 7.13/69.7/11.7/22.8/–8.2. The initial venous blood gas (VBG) was 7.2/38.8/54/14.9/–12.3 and the baby was given NS bolus. | 11. Exhibit 2, Declaration of Philippe Friedlich, M.D., Page 5, Paragraph 10(h), lines 13-15;   Exhibit 7, Tri-City Medical Center records; |
| 12. Dr. Bailey's assessment was term LGA, vacuum-assisted vaginal delivery, meconium staining of the amniotic fluid (MSAF), ROM 14 hours, perinatal depression, GDM, hypoglycemia, respiratory distress, respiratory failure, rule out pneumonia and sepsis. The plan was to monitor the respiratory status and treat accordingly. The baby was currently on bCPAP. They wanted follow-up blood gases and chest X-rays. Dr. Bailey wanted to keep the oxygen saturation rates at 94% and wean the FiO2 as tolerated. The baby was to stay n.p.o. for now and TPN versus the PIV, D10 with bolus. They would start BF once respiratory status was stable. The baby was to have normal saline bolus × 1 and they were going to monitor the cardiovascular system clinically. A CBC | 12. Exhibit 2, Declaration of Philippe Friedlich, M.D., Page 5, Paragraph 10(1), lines 16-25;   Exhibit 7, Tri-City Medical Center records; |

| **Uncontroverted Material Facts:** | **Supporting Evidence:** |
|---|---|
| was already pending and they wanted to limit blood draws on this child. | |
| 13. A chest X-ray done at 10:56 p.m. for history of pneumonia had an impression of granular opacities in both lungs being nonspecific. It might represent transient tachypnea of the newborn (TTN) and they could not exclude surfactant deficiency disease. | 13. Exhibit 2, Declaration of Philippe Friedlich, M.D., Page 5, Paragraph 10(j), lines 26-28; Exhibit 7, Tri-City Medical Center records; |
| 14. Dr. Bailey ordered to start ampicillin and gentamicin for suspected sepsis and follow up with a CBC, CRP, and blood cultures. They would reevaluate within 48 hours regarding the length of the antibiotic treatment. An MRSA screen was already pending. Under Neurologic, they would follow clinically and have auditory brainstem response testing (ABR), PTD, pain assessment and management. Dr. Bailey noted that this child did not qualify for whole body cooling. As to the dystocia, they would consult for OT as there was no PIV in the right arm. Socially, Dr. Bailey spoke to the mother and father about the treatment plan and answered all the questions. The father accompanied the baby to the NICU and was re-updated at the bedside. Social service consultation was pending. | 14. Exhibit 2, Declaration of Philippe Friedlich, M.D., Page 6, Paragraph 10(k), lines 1-9; Exhibit 7, Tri-City Medical Center records; |
| 15. Even though transfer for cooling procedures was not indicated for Baby F.R.V., Dr. Bailey still telephoned UCSD and spoke with a neonatologist about the possibilities for cooling. Dr. | 15. Exhibit 3, Declaration of Romana Bailey, M.D., Page 3, Paragraph 10, lines 2-6; Exhibit 2, Declaration of Philippe Friedlich, M.D. Page 8, Paragraph |

| Uncontroverted Material Facts: | Supporting Evidence: |
|---|---|
| Bailey was informed that the baby was not a candidate at the time, given that the only issue was the brachial plexus injury. Dr. Bailey was told to monitor the baby for any neurological signs and telephone back if such signs occurred. | 10(e), line 28 to Page 9, line 3. |
| 16. Dr. Bailey again evaluated the child and the respiratory values appeared comfortable on bCPAP at 30% with a CBG at 7.38/41/23.8/43.5/–1.2. The plan was to monitor the respiratory status and treat accordingly, as the baby was currently on bCPAP. Dr. Bailey also wanted follow up with blood gases and a chest X-ray. It was noted that they wanted to keep the oxygen saturation levels at less than 95% and wean from the FiO2 as tolerated. The baby also had a cardiac apnea monitor and pulse oximetry on. He was at risk for air leak and persistent pulmonary hypertension (PPHN).<br>m. Under Fluids, Electrolytes and Nutrition, it documented that the baby was n.p.o. for now. The plan was to start breast feeding when the respiratory status was stable. Under Cardiovascular, Dr. Bailey noted that the baby was status post hypovolemia NS ×1 with no heart murmur. There was sinus tachycardia at the delivery with improved profusion upon admission. The tachycardia after delivery had a heart rate of 180 to 190, but was now down to 157 prior to the NS bolus even starting. The plan was to monitor clinically and use a universal screen PTD. Under Hematology, Dr. Bailey wanted a follow-up liver panel performed, and phototherapy if it was | 16. Exhibit 2, Declaration of Philippe Friedlich, M.D., Page 6, Paragraph 10(l), line 10-9 to Paragraph 10(m), line 26;<br><br>Exhibit 7, Tri-City Medical Center records; |

| Uncontroverted Material Facts: | Supporting Evidence: |
|---|---|
| found to be indicated. She also wanted a limit on blood draws. Under Neurological Examination, Dr. Bailey noted that there was improved tone shortly after delivery with a right shoulder dystocia. The urine toxicology was negative. | 17. Exhibit 2, Declaration of Philippe Friedlich, M.D., Page 6, Paragraph 10(n), line 27 to Page 7, line 5;  Exhibit 7, Tri-City Medical Center records; |
| 17. Approximately 3:00 a.m., Dr. Bailey was called to evaluate the baby for possible seizures. It was reported that the right arm and leg were twitching for a couple of minutes and then stopped. Dr. Bailey did not witness it herself. Also per the nurse, she noted some eye movement briefly. The oxygen saturation was down from 100% to 94% with no heart rate change. The baby was later noted to have left hand twitching and tongue thrusting. The plan was to transfer the baby to Rady Children's Hospital San Diego for a neurological follow-up and EEG for suspected seizures. | |
| 18. Dr. Bailey noted that they were transferring the baby to Rady Children's Hospital due to suspected seizures. Dr. Wise at Rady Children's Hospital was accepting the baby. Thereafter, Dr. Bailey updated the mother and father at the bedside and discussed the right arm with no movement, and also the high suspicion for seizures and the need to transfer to a higher level of care for a neurological consultation and treatment. They also discussed the respiratory support, ABX, phenobarbital. The parents verbalized understanding | 16. Exhibit 2, Declaration of Philippe Friedlich, M.D., Page 7, Paragraph 10(o), line 6 to Paragraph 10(q), line 15;  Exhibit 7, Tri-City Medical Center records; |

| **Uncontroverted Material Facts:** | **Supporting Evidence:** |
|---|---|
| and gave permission for transfer. Sonia Valenzuela Perez signed a consent to transfer her child to rule out seizure. The reason for transfer was higher level of care. The receiving physician was Dr. Wise at Rady Children's Hospital. | |
| 19. Once Baby F.R.V. was transferred to Radys Children's Hospital San Diego on October 22, 2018, Dr. Bailey never treated Baby F.R.V. again. | 19. Exhibit 3, Declaration of Romana Bailey, M.D. Page 3, Paragraph 11, lines 7-8;<br>    Exhibit 7, Tri-City Medical Center records; |
| 20. All of the care and treatment that Dr. Bailey provided to F.R.V. at all times complied with the standard of care for neonatologists. | 20. Exhibit 2, Declaration of Philippe Friedlich, M.D., Page 7, Paragraph 11, line 16 to Page 9, line 8;<br>    All Exhibits; |
| 21. To a reasonable degree of medical probability, the care and treatment provided to F.R.V. by Romana Bailey, M.D. did not cause or contribute to plaintiffs' claimed injuries or damages. Any alleged injuries sustained by FRV were not as a result of any substandard care provided by Dr. Bailey. No act or omission of Dr. Bailey was a direct or proximate cause of injury to F.R.V. | 21. Exhibit 2, Declaration of Philippe Friedlich, M.D., Page 7, Paragraph 12, lines 9-15;<br>    All Exhibits; |

DATED: June 22, 2022

SCHMID & VOILES

By: /s/ Robert B. Fessinger, Esq.
ROBERT B. FESSINGER, ESQ.
Attorney for Defendant,
ROMANA BAILEY, M.D.