Kenneth M. Sigelman, Esq. (SBN: 100238)
E-Mail: ken@sigelmanassociates.com
Mark A. Birmingham, Esq. (SBN: 132008)
E-Mail: mark@sigelmanassociates.com
KENNETH M. SIGELMAN &
ASSOCIATES
1901 1st Ave., 2nd floor
San Diego, California 92101
Telephone: (619) 238-3813
Facsimile: (619) 238-1866

Hamilton Arendsen, Esq. (SBN: 212844)
E-Mail: harendsen@abtrialattorneys.com
ARENDSEN BRADDOCK LLP
1245 Island Avenue
San Diego, CA 92101
Telephone: (619) 501-3619
Facsimile: (619) 923-3727

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRV, a Minor, By and Through His Guardian ad litem, CRISTAL CAZARES VALENZUELA; and SONIA VALENZUELA PEREZ, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1 through 20, Inclusive,<br><br>Defendant. | **Case No.:** 21-CV-00165-DMS-BLM<br>Consolidated Case: 21-cv-00329<br><br>MOTION FOR DISMISSAL [FRCP 41(a)] AND ORDER OF DISMISSAL<br><br>JUDGE: Hon. Dana M. Sawbraw<br>MAGISTRATE: Hon. Barbara L. Major<br><br>*(Removed from Superior Court of California, County of San Diego, Case No. 37-00002536-CU-MM-NC)* |

| | |
|---|---|
| FRV, a Minor, By and Through His Guardian ad litem, CRISTAL CAZARES VALENZUELA; and SONIA VALENZUELA PEREZ, Individually, <br><br> Plaintiffs, <br> v. <br><br> TRI-CITY HEALTHCARE DISTRICT; TRI-CITY MEDICAL CENTER; VISTA COMMUNITY CLINIC, MELISSA HAWKINS, M.D.; ROMANA BAILEY, M.D.; and DOES 1 through 100, Inclusive, <br><br> Defendants. | Case No. 21-CV-00329-DMS-BLM |

Plaintiffs FRV, a Minor, By and Through His Guardian ad litem, CRISTAL CAZARES VALENZUELA; and SONIA VALENZUELA PEREZ hereby move under Federal Rule of Civil Procedure 41(a)(2) that this action be dismissed with prejudice as to all claims, causes of action, with respect to Defendant Tri-City Healthcare District dba Tri-City Medical Center only, with each party bearing that party's own attorney's fees and costs.

DATED: July 18, 2022         /s/  *Moira S. Brennan*
                             SCOTT D. BUCHHOLZ, ESQ.
                             MOIRA S. BRENNAN, ESQ.
                             NICOLE G. WELLS, ESQ.
                             Dummit Buchholz and Trapp
                             Attorneys for Tri-City Healthcare District
                             dba Tri-City Medical Center

DATED: July 12, 2022         /s/ *Kenneth M. Sigelman*
                             Kenneth M. Sigelman, Esq.
                             KENNETH M. SIGELMAN & ASSOCIATES
                             Attorneys for Plaintiffs F.R.V., a Minor, By
                             and Through His Guardian Ad Litem,
                             Cristal Cazares Valenzuela and
                             Sonia Valenzuela Perez

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(2), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, to Defendant Tri-City Healthcare District dba Tri-City Medical Center only, with each party bearing that party's own attorney's fees and costs.

Dated: July _____, 2022

_____
Dana M. Sawbraw
UNITED STATES DSITRICT JUDGE